

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**KENNETH A. NOVIKOFF**
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

March 13, 2024

*This request is granted. Defendant shall answer, or otherwise respond to the Complaint by April 19, 2024.*

**VIA ECF**
Honorable Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

SO ORDERED.
March 15, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge

    Re:    *Alexander Gomez v. 157E55 Owner LLC and Midtown TAJ, Inc.*
            Docket No.: 24-cv-01214-JPC

Your Honor:

    The law firm of Rivkin, Radler LLP represents Defendant 157E55 Owner LLC, ("157E55"), in the above referenced action.  157E55 respectfully requests a thirty-day extension of time, until April 19, 2024, to file its responsive pleading.  Plaintiff's counsel has consented.  This is 157E55's first request for an extension of time.

    Respectfully Submitted,

    RIVKIN RADLER, LLP

    *Kenneth A. Novikoff*

    Kenneth A. Novikoff
    488

66 South Pearl Street, 11th Floor        25 Main Street                       477 Madison Avenue           2649 South Road
Albany, NY 12207-1533                    Court Plaza North, Suite 501         New York, NY 10022-5843      Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199            Hackensack, NJ 07601-7082            T 212.455.9555 F 212.687.9044 T 845.473.8100 F 845.473.8777
                                         T 201.287.2460 F 201.489.0495

7731573.v1