

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**KENNETH A. NOVIKOFF**
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

April 12, 2024

**VIA ECF**
Honorable Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Alexander Gomez v. 157E55 Owner LLC and Midtown TAJ, Inc.*
             Docket No.: 24-cv-01214-JPC

Your Honor:

     The law firm of Rivkin, Radler LLP represents Defendant 157E55 Owner LLC, ("157E55"), in the above referenced action. Presently, 157E55's responsive pleading is due on April 19, 2024. *See, Dkt. #11.* 157E55 respectfully requests a 21-day extension of time, until May 9, 2024, to file its responsive pleading. This is 157E55's second request.

     Plaintiff's counsel has consented. The extension of time will enable 157E55 to continue to focus on and engage Plaintiff's counsel as to whether an early resolution of this action can be achieved.

Respectfully Submitted,

RIVKIN RADLER, LLP

*Kenneth A. Novikoff*

Kenneth A. Novikoff
4865-5712-5302, v. 1

This request is granted. Defendant 157E55 Owner LLC shall answer, or otherwise respond to the Complaint by May 9, 2024.

SO ORDERED.
Date: April 18, 2024
New York, New York

             _____
             JOHN P. CRONAN
             United States District Judge

66 South Pearl Street, 11th Floor      25 Main Street                          477 Madison Avenue          2649 South Road
Albany, NY 12207-1533                  Court Plaza North, Suite 501            New York, NY 10022-5843     Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199          Hackensack, NJ 07601-7082               T 212.455.9555 F 212.687.9044   T 845.473.8100 F 845.473.8777
                                       T 201.287.2460 F 201.489.0495

7731573.v1